IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN JOSEPH FALLER, CHRISTOPHER GAY, LARRY PLAKE, and MICHAEL ROUSSEL | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 08-0477 |
| CHEVRON CORPORATION, CHEVRON NIGERIA LIMITED, GLOBAL INDUSTRIES, GLOBAL INDUSTRIES LTD., AND GLOBAL OFFSHORE INTERNATIONAL, LTD. | § § § § § § | |
| Defendants. | § | |

**ORDER**

The parties' joint motion to reset the initial pretrial and scheduling conference, (Docket Entry No. 19), is granted. The scheduling conference is reset **to June 27, 2008, at 8:45 a.m..** The joint discovery case management plan is due by **June 20, 2008.**

SIGNED on May 8, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge