IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN JOSEPH FALLER, CHRISTOPHER GAY, LARRY PLAKE, and MICHAEL ROUSSEL | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 08-0477 |
| CHEVRON CORPORATION, CHEVRON NIGERIA LIMITED, GLOBAL INDUSTRIES, GLOBAL INDUSTRIES LTD., AND GLOBAL OFFSHORE INTERNATIONAL, LTD. | § § § § § § § | |
| Defendants. | § | |

## ORDER

The parties' agreed motion to continue the response and reply deadlines on the motion to compel arbitration and the initial conference date, (Docket Entry No. 28), is granted. The response deadline is reset to July 8, 2008. The reply deadline is reset to August 22, 2008. The initial pretrial conference is reset to **October 3, 2008, at 8:45 a.m.**

SIGNED on June 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge